IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR371 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUAN RAMIREZ-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's unopposed Motion to Strike (Filing No. 35) is granted, and Filing No. 34 is stricken from the record.

DATED this 19th day of June, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge